■ In the Matter of Leon West, Petitioner, v Joseph Harris et al., Respondents. — Application, pursuant to CPLR article 78, for judgment in the nature of prohibition, denied, and petition dated August 24, 1984 dismissed.

Initially, since petitioner seeks to review a claim of double jeopardy, this proceeding lies (see *Matter of Di Lorenzo v Murtagh,* 36 NY2d 306). However, since defendant's judgment of conviction of the crime of criminal possession of a controlled substance in the third degree was reversed by the Court of Appeals and the matter remitted for a new trial (*People v West,* 62 NY2d 708), petitioner is not entitled to the relief sought (CPL 40.30, subd 3; *People v Ercole,* 4 NY2d 617). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.

■ In the Matter of G. Mumit Rolle, Petitioner, v Robert J. Henderson, as Superintendent of Auburn Correctional Facility, et al., Respondents. — Application, pursuant to CPLR 5704 (subd [a]) to review an order of the Supreme Court at Special Term which converted an ex parte application for a writ of habeas corpus into a proceeding pursuant to CPLR article 78 and dismissed the petition on the merits. Application granted, and order entered April 23, 1984 in Clinton County vacated. Based upon our review of the original petition, we are of the opinion that it is not patently frivolous or without some merit. Accordingly, the matter is remitted to Special Term for the issuance of an order to show cause authorizing commencement of this proceeding by such service as Special Term deems appropriate (see *Matter of King v Gregorie,* 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.